PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.                                           Case No.     3:05-cr-00074-RRB

Rogelio Mejorada-Lopez

It appearing that the above-named has complied with the conditions of probation imposed

by the Order of the Court heretofore made and entered in this case and that the period of probation

expired on November 30, 2006. It is therefore recommended that the defendant be discharged from

probation and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**                        11/30/06

Eric D. Odegard                               Date
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation

and that the proceedings in the case be terminated.

Dated this ____3____ day of December ____, 20 06 .

\s\

Ralph R. Beistline
U.S. District Court Judge

Case 3:05-cr-00074-RRB     Document 38     Filed 12/05/06     Page 1 of 1